# Court of Appeals, State of Michigan

## ORDER

People of MI v Octavius Martez Hall

Docket No.   348467

LC No.       18-001384-01-FC

Mark T. Boonstra
Presiding Judge

Mark J. Cavanagh

Stephen L. Borrello
Judges

The motion for reconsideration is GRANTED, and this Court's opinion issued November 19, 2020 is hereby VACATED.  A new opinion is attached to this order.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

January 14, 2021
Date

Chief Clerk